Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 482-4300
Facsimile:  (602) 569-9720
email: davis@scottdavispc.com

Scott M. Harris
State Bar No. 011524
Scott M. Harris, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 252-7400
Facsimile: (602) 795-5610
email: harris@smharrislaw.com

*Attorneys for Plaintiff Kimberly Priestley*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Priestley, <br><br> Plaintiff, <br><br> v. <br><br> Federal Express Corporation Short Term Disability Plan; Federal Express Corporation; Aetna Life Insurance Company, <br><br> Defendants. | Case No.: 2:15-cv-02290-SRB <br><br> **NOTICE OF SETTLEMENT AS TO ATTORNEY FEE ISSUE RE: REMOVAL TO FEDERAL COURT** |

Plaintiff Kimberly Priestley ("Plaintiff") and Defendants Federal Express Corporation Short Term Disability Plan, Federal Express Corporation and Aetna Life Insurance Company ("Defendants") file this Notice of Settlement to advise the Court they

have settled the attorney fee issue that arose as a result of Defendants' removal of the case from Superior Court.

RESPECTFULLY SUBMITTED this 12th day of February 2016,

SCOTT E. DAVIS, P.C.

By: /s/ Scott E. Davis
Scott E. Davis
Attorney for Plaintiff

SCOTT M. HARRIS, P.C.

By: /s/ Scott M. Harris
Scott M. Harris
Attorney for Plaintiff

By: /s/ Karen McManus
Karen McManus
Federal Express Corporation
Legal Dept. – Litigation
Building B, Third Floor
3620 Hacks Cross Road
Memphis, Tennessee 38125
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Karen McManus
Federal Express Corporation
Legal Dept. – Litigation
Building B, Third Floor
3620 Hacks Cross Road
Memphis, Tennessee 38125

/s/ Brittany Muchmore-Rhoads
An employee of Scott E. Davis, P.C.